

**THE LAW OFFICES OF**
# FREDERICK K. BREWINGTON

***Attorneys and Counselors at Law***
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

<table>
<tr><td>Frederick K.Brewington</td><td>Of Counsel</td></tr>
<tr><td>Albert D. Manuel III</td><td>Oscar Holt III</td></tr>
<tr><td>Cobia M. Powell</td><td>Jay D. Umans</td></tr>
</table>

January 9, 2026

***VIA ELECTRONIC CASE FILING***
Honorable Raymond E. Reyes, Jr.
United States District Court Judge
United States District Court
Eastern District of New York
Brooklyn Federal Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Bennett v. County of Nassau, et. al.*
**Docket No.:21-CV-05644 (RER)(ST)**

Dear Judge Reyes:

As the record reflects, we are the attorneys representing Plaintiff Mr. Derrick Bennett in the above referenced matter. As you are aware, the case has settled in principle as of December 9, 2025. We write this status letter with Defendants to inform the Court that Plaintiff has signed and notarized the settlement agreement as of January 7, 2026. It is our understanding that the matter mus now be presented to the Nassau County Legislature for approval.

Respectfully Submitted,

*Frederick K. Brewington*
FREDERICK K. BREWINGTON

FKB:cp
cc: All Attorneys (*via ECF*)